NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RICHARD B. BURKE, Individually, )
d/b/a RICHARD B. BURKE, )
ATTORNEY, )
)
      Appellant, )
)
v. )    Case No. 2D18-1976
)
WELLS FARGO BANK, NATIONAL )
ASSOCIATION, )
)
      Appellee. )
_____)

Opinion filed January 30, 2019.

Appeal from the Circuit Court for Sarasota
County; Andrea McHugh, Judge.

Martin E. Leach of Feiler & Leach, P.L., for
Coral Gables, Appellant.

Ronald M. Emanuel of Emanuel & Zwiebel,
PLLC, Plantation, for Appellee.


PER CURIAM.


      Affirmed.


NORTHCUTT, SILBERMAN, and SLEET, JJ., Concur.